UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE J. ANTROBUS,

                Plaintiff,

-v.-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

                Defendant.

19 Civ. 7449 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On January 16, 2020, Plaintiff Joanne J. Antrobus, appearing *pro se*, and Defendant New York City Health and Hospitals Corporation appeared before the Court for a conference to address Defendant's anticipated motion to dismiss. (Dkt. #22). After speaking with the parties about the anticipated motion, Plaintiff expressed an interest in amending her Second Amended Complaint. Therefore, the Court ORDERS Plaintiff to file a Third Amended Complaint by March 31, 2020. The Court further ORDERS Defendant to inform the Court by letter, due no later than April 10, 2020, as to whether it wishes to answer Plaintiff's Third Amended Complaint, move to dismiss, or respond otherwise.

    SO ORDERED.

Dated: January 16, 2020
         New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge